Dominique Elise
Bergeron crims
vs
Scott County **Complaint**
Minnesota
Police and
Criminal Judges

Courts of
United States
New case 12/18/25

25-cv-4729-JWB/EMB

**RECEIVED**

DEC 18 2025

CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

1) Judges have ignored the rules of a Demand for Speedy Trial Law.

2) Demanded more than 2 times in a 3 yr case files.
• Stalking Defendents (myself + family)

Courts owe for travel cost, Clothing Cost, injury's sustained on scheduled hearing dates April 19th 2023, Nov 17th 2023, June 4th 2025, Dec 16th, 2025 Piror to hearing Dec 18th 2025.
• Failure to force a full reinstatment of Driver's License in a dismissed case May 26th 2023. (HRO filed 3x's include today)

Total requested is 220,000. $ Dollars Paid immediately with the Open case dismissed immediately.

SCANNED
DEC 19 2025
U.S. DISTRICT COURT ST. PAUL

Today is Dec 18th 2025
Dominique Elise Bergeron crims
New foundation Law
740 E. 17th St. MPLS, MN 55404